UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 4:04CR00572 JCH |
| Joseph Farrar | ) | |
| | ) | |

ORDER TO WITHDRAW WARRANT

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that **effective February 16, 2010,** the Supervised Release Violator's Warrant that was issued on March 12, 2010, be withdrawn without prejudice to facilitate the offender's placement at Gibson Recovery Center of Cape Girardeau, Missouri.

It is further ordered that Floyd be transported by the U.S. Marshals Service to Dismas House of St. Louis on March 12, 2010.

Dated this 9th day of March, 2010.

_____
The Honorable Jean C. Hamilton
United States District Judge