UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

**FILED**
MAR 10 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 4:04CR00572 JCH |
| Joseph Farrar | ) | |
| | ) | |

## AMENDED ORDER TO WITHDRAW WARRANT

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that **effective March 9, 2010,** the Supervised Release Violator's Warrant that was issued on February 16, 2010, be withdrawn without prejudice to facilitate the offender's placement at Hannibal Council on Alcohol and Drug Abuse in Hannibal, Missouri.

It is further ordered that Farrar be transported by the U.S. Marshals Service to Hannibal Council on Alcohol and Drug Abuse, 146 Communications Drive, Hannibal, Missouri 63401 on March 12, 2010.

Dated this 10th day of March, 2010.

_____
The Honorable Jean C. Hamilton
United States District Judge

J:\AutoForms\Probation\mpn\Forms\Farrar, Joseph\Farrar warrantwithdrawl.wpd